# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2026

Application granted. The status conference is
adjourned to July 17, 2026 at 4:00 p.m. Time is
excluded until July 17, 2026, under the Speedy
Trial Act, pursuant to 18 U.S.C. Section
3161(h)(7)(A).

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Ronnie Abrams, U.S.D.J.
June 2, 2026

Re:    *United States v. Joseph Baugh*, 25 Cr. 542

Dear Judge Abrams,

I write seeking an adjournment of the status conference in the above-captioned matter, which is currently scheduled for June 5, 2026 at 4:00 pm. Since the last adjournment, the defense has sent the government a mitigation submission in furtherance of plea discussions. I respectfully request an adjournment of the status conference until mid-July or later,[1] to allow time for the government to review the mitigation submission and the parties to attempt to arrive at a negotiated plea. The government consents to this request. This is the fourth request for adjournment.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ Joy Chen
Assistant Federal Defender
Counsel for Joseph Baugh
917-842-5074

CC: AUSA Adabelle Ekechukwu

---

[1] Counsel for the government is in trial this month.