Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*


July 13, 2026

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Joseph Baugh*, 25 Cr. 542**

Dear Judge Abrams,

I write seeking an adjournment of the status conference in the above-captioned matter, which is currently scheduled for July 17, 2026, at 4:00 p.m. Since the last adjournment, the government has continued to review the defense's mitigation submission. I respectfully request an adjournment of the status conference to on or around August 10, 2026, to allow sufficient time for the government to complete its review of the mitigation submission and to extend an offer to the defense. The government consents to this request. This is the fifth request for adjournment.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ Joy Chen
Assistant Federal Defender
Counsel for Joseph Baugh
917-842-5074

CC: AUSA Adabelle Ekechukwu

Application granted. The status conference is adjourned to August 5, 2026 at 11:30 a.m. Time is excluded until August 5, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 14, 2026