Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 3, 2026

Application granted. A change of plea hearing is scheduled for September 4, 2026 at 2:30 p.m. Time is excluded until September 4, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 4, 2026

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Joseph Baugh*, 25 Cr. 542**

Dear Judge Abrams,

I write on behalf of the parties to respectfully request this Court vacate the status hearing scheduled for Wednesday, August 5, 2026, at 11:30 a.m, and schedule this matter for a change of plea hearing.

The parties are available the following dates for a change of plea hearing: September 1, 2, 4, 7, 9, 10, and 11. If the Court schedules a change of plea hearing on September 9 or 10, the parties respectfully request that the hearing be set after 1 p.m., to accommodate the schedule of the United States Marshals Service.

If the Court grants this request, the parties submit that the Court should exclude the time until the hearing under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ Joy Chen
Assistant Federal Defender
Counsel for Joseph Baugh
917-842-5074

CC: AUSA Adabelle Ekechukwu